1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAUL MORENO-LORENZO

6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

   UNITED STATES OF AMERICA,      )  NO. CR.S-11-358-GEB
11                                )
                Plaintiff,        )
12                                )  **STIPULATION AND [PROPOSED] ORDER;
       v.                         )   CONTINUING STATUS CONFERENCE
13                                )         AND EXCLUDING TIME**
   RAUL MORENO-LOPEZ,             )
14                                )  Date: October 21, 2011
                Defendant.        )  Time: 9:00 a.m.
15 _____)  Judge: Hon. Garland E. Burrell, Jr.

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MICHELE BECKWITH, Assistant United States
18
   Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RAUL
19
   MORENO-LORENZO, that the status conference hearing date of October 14,
20
   2011 be vacated, and the matter be set for status conference on October
21
   21, 2011 at 9:00 a.m.
22
         The reason for this continuance is to allow the government time
23
   to prepare a plea agreement, and to give defense counsel time to
24
   receive the plea agreement and then to review it with the defendant.
25
        Based upon the foregoing, the parties agree that the time under
26
   the Speedy Trial Act should be excluded from the date of signing of
27
   this order through and including October 21, 2011 pursuant to 18 U.S.C.
28

§3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 14, 2011.	Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for Raul Moreno-Lopez

DATED: October 14, 2011.	BENJAMIN WAGNER
United States Attorney

/s/ Caro Marks for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 14, 2011, status conference hearing be continued to October 21, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 21, 2011 status conference shall be excluded from computation

2

1  of time within which the trial of this matter must be commenced under
2  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
3  and Local Code T-4, to allow defense counsel reasonable time to
4  prepare.

Dated:  October 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge