DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAUL MORENO-LORENZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-358-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| RAUL MORENO-LORENZO, | |
| Defendant. | Date: January 27, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RAUL MORENO-LORENZO, that the status conference hearing date of December 2, 2011 be vacated, and the matter be set for status conference on January 27, 2012 at 9:00 a.m.

The reason for this continuance is to allow the defendant time to pursue a resolution under section 5K1.1 of the sentencing guidelines, which process takes time.  Especially during the holiday season it may be impossible or impractical to arrange the debriefings required for such a departure, so the parties need additional time for this reason.   Based upon the foregoing, the parties agree that the

time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 27, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   November 29, 2011.              Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for Raul Moreno-Lorenzo

DATED:   November 29, 2011.              BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff



ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 2, 2011, status conference hearing be continued to January 27, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant

in a speedy trial.  It is ordered that time up to and including the January 27, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   November 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge